# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KEITH RAGANS,

    Plaintiff,

v.                                CASE NO. 4:10cv220-RH/WCS

WALTER A. McNeil et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 18). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. All pending motions are denied. The order granting leave to proceed in forma pauperis, ECF No. 2, is vacated. The clerk must retain the $4.00 initial or partial filing fee. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 14, 2010.

                                          s/Robert L. Hinkle
                                          United States District Judge